

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-11-00518-CV

FORT WORTH ISD                                                    APPELLANT

V.

RAUL DURAN                                                        APPELLEE

------------

FROM THE 141ST DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellant Fort Worth Independent School District's Unopposed Motion For Withdrawal Of Its Appeal In Light Of Settlement." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED: March 8, 2012